| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Callaway, Henry A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court for the Southern District of Alabama | 3. Date of Report<br><br>02/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>U.S. Bankruptcy Court<br>201 St. Louis St.<br>Mobile, AL 36602 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2016 | Hand Arendall LLC 401(k)--participant in former employer's 401(k) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | McElhaney State Farm Agency, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ala. State Bar Bankruptcy Section | June 2-5, 2016 | Destin, FL | seminar | travel, lodging and food |
| 2. | Northern District of Florida Bankruptcy Section | September 16-17, 2016 | Santa Rosa Beach, FL | seminar | travel, lodging and food |
| 3. | Mobile Bar Association | December 2-4, 2016 | Point Clear, AL | seminar | lodging and food |
| 4. | University of Alabama | November 17-18, 2016 | Birmingham, AL | seminar | travel, lodging and food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 02/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 02/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ServisFirst Bank accounts | A | Interest | J | T | | | | | |
| 2. 401(k)--State Farm Associates Balanced Fund | A | Dividend | J | T | | | | | |
| 3. IRA--Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 4. Hand Arendall LLC Retirement Plan and Trust | | | | | | | | | |
| 5. -Vanguard Target Retirement 2025 | B | Distribution | L | T | Sold (part) | 01/11/16 | J | | |
| 6. | | | | | Sold (part) | 02/08/16 | J | | |
| 7. | | | | | Sold (part) | 03/09/16 | J | | |
| 8. | | | | | Buy (add'l) | 04/01/16 | L | | |
| 9. | | | | | Sold (part) | 04/11/16 | J | | |
| 10. | | | | | Sold (part) | 05/09/16 | K | | |
| 11. | | | | | Sold (part) | 06/09/16 | J | | |
| 12. | | | | | Sold (part) | 07/11/16 | J | | |
| 13. | | | | | Sold (part) | 08/09/16 | J | | |
| 14. | | | | | Sold (part) | 09/09/16 | J | | |
| 15. | | | | | Sold (part) | 10/07/16 | J | | |
| 16. | | | | | Sold (part) | 11/08/16 | J | | |
| 17. | | | | | Sold (part) | 12/09/16 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 02/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/20/16 | K | | |
| 19.   -Vanguard Selected Value Investor CL | | None | | | Sold (part) | 03/29/16 | K | | |
| 20. | | | | | Sold | 05/04/16 | M | | |
| 21.   -Vanguard Divident Growth Investor CL | D | Dividend | N | T | Sold (part) | 03/29/16 | J | | |
| 22. | | | | | Sold (part) | 12/14/16 | K | | |
| 23.   -Vanguard Short Term Investment Grade Admiral CL | B | Dividend | L | T | Sold (part) | 03/29/16 | J | | |
| 24. | | | | | Sold (part) | 12/14/16 | J | | |
| 25.   -Vanguard Healthcare Admiral CL | B | Dividend | M | T | Buy (add'l) | 03/29/16 | J | | |
| 26. | | | | | Sold (part) | 12/13/16 | J | | |
| 27.   -Vanguard High Yield Corp Admiral CL | D | Dividend | M | T | Sold (part) | 03/28/16 | J | | |
| 28. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 29.  Vanguard Intl Growth Admiral CL | B | Dividend | M | T | Sold (part) | 03/28/16 | J | | |
| 30. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 31.   -Primecap Odyssey Aggressive Growth | | None | N | T | Sold (part) | 03/28/16 | J | | |
| 32. | | | | | Sold (part) | 12/13/16 | K | | |
| 33.   -Vanguard S&P MidCap 400 Index ETF | C | Dividend | M | T | Sold (part) | 03/28/16 | J | | |
| 34. | | | | | Sold (part) | 12/13/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 02/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Vanguard S&P MidCap 400 Value ETF | C | Dividend | M | T | Buy | 05/05/16 | M | | |
| 36. | | | | | Buy<br>(add'l) | 12/14/16 | J | | |
| 37.  -Vanguard Federal Money Market | A | Dividend | J | T | Buy | 10/19/16 | J | | |
| 38. | | | | | Buy<br>(add'l) | 12/14/16 | L | | |
| 39. | | | | | Sold<br>(part) | 12/21/16 | K | | |
| 40.  -Vanguard Prime Money Market | A | Dividend | | | Buy | 03/29/16 | L | | |
| 41. | | | | | Buy<br>(add'l) | 03/31/16 | J | | |
| 42. | | | | | Sold<br>(part) | 04/04/16 | L | | |
| 43. | | | | | Buy<br>(add'l) | 05/04/16 | M | | |
| 44. | | | | | Sold<br>(part) | 05/10/16 | M | | |
| 45. | | | | | Sold | 10/06/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 02/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry A. Callaway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544